[Sac. No. 2556. In Bank.—March 17, 1917.]

EUNICE J. PROPER, Respondent, v. RECLAMATION DISTRICT No. 1500, et al., Appellants.

RECLAMATION DISTRICT—NAVIGABLE WATERS—POLICE POWER.—Judgment reversed on the authority of *Gray* v. *Reclamation District, ante,* p. 622.

APPEAL from a judgment of the Superior Court of Sutter County. Emmet Seawell, Judge presiding.

The facts are similar to those stated in the opinion in *Gray* v. *Reclamation District, ante,* p. 622.

A. C. & H. L. Huston, and Devlin & Devlin, for Appellants.

A. H. Hewitt, for Respondent.

Sullivan & Sullivan and Theo. J. Roche, *Amici Curiae.*

THE COURT.—This case in all its essentials identical with that of *Gray et al.* v. *Reclamation District No. 1500 et al., ante,* p. 622, this day decided. Upon the authority of that case the judgment herein appealed from is reversed and the cause remanded.